UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X

JOHN CHIARELLO *et al.*,

Plaintiffs,

-against-

CITY OF NEW YORK, *et al.*,

Defendants.

---------------------------------------------------------- X

26-CV-10154 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

On November 20, 2026, I scheduled an initial hearing for December 2, 2026, at 11 a.m. (Doc. 17.) It is hereby:

ORDERED that the initial hearing is rescheduled for December 2, 2026, at 3 p.m. The hearing will take place telephonically. The dial-in number is **1-855-244-8681** and the access code is **2309 3085 835**. There is no attendee ID.

SO ORDERED.

Dated: November 24, 2026
New York, New York

Vernon S. Broderick
United States District Judge